# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES C., <br>     Plaintiff <br>     v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br>     Defendant. | Case No. 8:18-cv-00112-GJS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: February 13, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE